**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS**

**MIDLAND RESOURCE RECOVERY, INC.**,

Plaintiff,

**v.** **Civil Action No. 2:17-cv-123 (BAILEY)**

**R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, in his official capacity, LOREN SWEATT, DEPUTY ASSISTANT SECRETARY AND ACTING ASSISTANT SECRETARY OF LABOR, OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, in her official capacity, and UNITED STATES DEPARTMENT OF LABOR, OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION,**

Defendants.

**and**

**SPECIALIZED PROFESSIONAL SERVICES, INC.**,

Intervening Party.

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AS MOOT**

Pending before this Court is Defendants' Motion to Dismiss as Moot [Doc. 42], filed on November 30, 2017. The Motion has been fully briefed and is ripe for decision. Having reviewed the same, the Motion will be **GRANTED**.

This case was filed on September 29, 2017, for the sole purpose of prohibiting OSHA from conducting interviews of Tom Keefer and SPSI personnel without notifying plaintiff and allowing plaintiff to protect its alleged work product protections [Doc. 1]. This

Court has ruled upon the motions for injunctive relief [Doc. 37] and no motions remain pending. Defendants now have moved to dismiss the plaintiff's Complaint for Declaratory Judgment as moot pursuant to Federal Rule 12(b)(1). In support, the defendants assert that the subject interviews have concluded, and therefore this controversy ceases to exist. This Court agrees. Accordingly, the Defendants' Motion to Dismiss as Moot **[Doc. 42]** is **GRANTED**. As such, this matter is hereby **DISMISSED AS MOOT** and the Clerk is **DIRECTED** to **STRIKE** this matter from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record herein.

**DATED:** January 4, 2018.

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**